# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MICHAEL GIANNONE, | Case No. 2:24-cv-00627-NJK |
| Plaintiff(s), | **Order** |
| v. | |
| NEVADA PROPERTY 1, LLC, | |
| Defendant(s). | |

The case was removed from state court on the basis of diversity jurisdiction.  Docket No. 1.  In diversity cases, the certificate of interested parties must identify the state citizenship of the filing party, along with the name and state citizenship of each individual or entity whose citizenship is attributed to the filing party.  Fed. R. Civ. P. 7.1(a)(2).  For purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens."  *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  "Moreover, if any member of [an LLC] is itself a partnership or association (or another LLC), the Court needs to know the citizenship of each 'sub-member' as well."  *Diamos v. Specialized Loan Servicing, LLC*, 2014 WL 12603136, at *1 (N.D. Cal. Jan. 31, 2014).

In this case, Defendant is an LLC, but its certificate of interested parties has not identified Defendant's owners/members or the citizenship of those owners/members.  *See* Docket No. 2.

Accordingly, Defendant must file an amended certificate of interested parties by April 8, 2024.

IT IS SO ORDERED.

Dated: April 3, 2024

_____
Nancy J. Koppe
United States Magistrate Judge