# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOSEPH MICHAEL GIANNONE,

    Plaintiff(s),

v.

NEVADA PROPERTY 1, LLC,

    Defendant(s).

Case No. 2:24-cv-00627-NJK

**Order**

The case was removed from state court on the basis of diversity jurisdiction. Docket No. 1. In diversity cases, the certificate of interested parties must identify the state citizenship of the filing party, along with the name and state citizenship of each individual or entity whose citizenship is attributed to the filing party. Fed. R. Civ. P. 7.1(a)(2). For purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). "Moreover, if any member of [an LLC] is itself a partnership or association (or another LLC), the Court needs to know the citizenship of each 'sub-member' as well." *Diamos v. Specialized Loan Servicing, LLC*, 2014 WL 12603136, at *1 (N.D. Cal. Jan. 31, 2014).

In this case, Defendant is an LLC, but its certificate of interested parties has not identified Defendant's owners/members or the citizenship of those owners/members. *See* Docket No. 2. On April 3, 2024, the Court ordered Defendant to file an amended certificate of interested parties by April 8, 2024. Docket No. 7. Defendant did not file that amended certificate of interested parties and has not sought an extension of the deadline to do so.

Accordingly, Defendant must file an amended certificate of interested parties by April 15, 2024. Failure to comply with this order may result in the imposition of sanctions and/or remand.

IT IS SO ORDERED.

Dated: April 9, 2024

                                                              Nancy J. Koppe
                                                              United States Magistrate Judge