UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MICHAEL GIANNONE,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>NEVADA PROPERTY 1, LLC,<br><br>　　　　Defendant(s). | Case No. 2:24-cv-00627-NJK<br><br>**Order** |

Pending before the Court is the parties' proposed discovery plan. Docket No. 20. The discovery plan seeks special scheduling review based on generalities that more time is necessary "[d]ue to the nature of this case." Docket No. 20 at 1. Accordingly, the discovery plan is DENIED without prejudice. A renewed discovery plan must be filed by June 5, 2024. That renewed discovery plan must either seek the default deadlines in conformity with Local Rule 26-1(b), or it must provide meaningful discussion as to why additional time is necessary.

IT IS SO ORDERED.

Dated: May 29, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge