**LARRY H. LUM, ESQ.**
Nevada Bar No. 14914
**KAREN L. BASHOR, ESQ.**
Nevada Bar No. 11913
**CHRIS J. RICHARDSON, ESQ.**
Nevada Bar No. 9166
**KIMBERLY A. NELSON, ESQ.**
Nevada Bar No. 15295
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
(702) 727-1400; FAX (702) 727-1401
larry.lum@wilsonelser.com
karen.bashor@wilsonelser.com
chris.richardson@wilsonelser.com
kimberly.nelson@wilsonelser.com
*Attorneys for Defendant Nevada Property 1 LLC dba The Cosmopolitan of Las Vegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MICHAEL GIANNONE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1 LLC, a Nevada Limited-Liability Company d/b/a THE COSMOPOLITAN OF LAS VEGAS; DOES 1-10, inclusive; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | CASE NO:  2:24-CV-00627-NJK<br><br>**STIPULATION AND ORDER TO MODIFY DISCOVERY PLAN AND SCHEDULING ORDER TO EXTEND DISCOVERY DEADLINES (in compliance with Local Rule 26-3) (Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JOSEPH MICHAEL GIANNONE, by and through his counsel of record, Dillon G. Coil, Esq. and Riley A. Clayton, Esq., of Cloward Trial Lawyers, and Defendant, NEVADA PROPERTY 1, LLC d/b/a THE COSMOPOLITAN OF LAS VEGAS, by and through their attorneys of record, Chris J. Richardson, Esq., and Kimberly A. Nelson, Esq., of Wilson Elser Moskowitz Edelman & Dicker, LLP, that the deadlines in the scheduling order [ECF NO. 39] be continued as follows:

**A.    DISCOVERY COMPLETED PURSUANT TO FED. R. CIV. P. 26(a):**

1. The parties participated in the Fed. R. Civ. P. 26(f) conference on May 22, 2024.

Page 1 of 4

306598517v2
308863822v.1

2. Plaintiff produced his initial Fed. R. Civ. P. 26(a) disclosures on June 18, 2024.
3. Defendant produced their initial Fed. R. Civ. P. 26(a) disclosures on June 21, 2024.
4. Plaintiff produced their first supplemental Fed. R. Civ. P. 26(a) disclosures on August 20, 2024.
5. Plaintiff produced their second supplemental Fed. R. Civ. P. 26(a) disclosures on November 25, 2024.
6. Plaintiff produced their third supplemental Fed. R. Civ. P. 26(a) disclosures on December 23, 2024.
7. Plaintiff deposed Defendant's employee, Anthony Mora, on September 24, 2024.
8. Plaintiff deposed Defendant's employee, Daniel Quinlan, on September 24, 2024.
9. Plaintiff deposed Defendant's employee, Phillip Garcia, on September 25, 2024.
10. Defendant produced their first supplemental disclosure on September 27, 2024.
11. Plaintiff deposed Defendant's employee, DeSean Johnson, on October 11, 2024.
12. Plaintiff deposed Defendant's employee, LaRon Sanders, on November 21, 2024.
13. Plaintiff deposed Defendant's employee, Christian Guerra, on October 11, 2024.
14. Plaintiff deposed Defendant's employee, Matt Mikich, on December 13, 2024.
15. Mediation was held with Hon. Trevor Atkin (Ret.) on October 23, 2024.
16. Defendant produced their second supplemental Fed. R. Civ. P. 26(a) disclosures on September 27, 2024.
17. Defendant produced their third supplemental Fed. R. Civ. P. 26(a) disclosures on October 18, 2024.
18. Defendant produced their fourth supplemental Fed. R. Civ. P. 26(a) disclosures on November 20, 2024.
19. Plaintiff served written discovery to Defendant on October 14, 2024.
20. Defendant served its responses to Plaintiff's written discovery on November 20, 2024.
21. Plaintiff served his initial designation of expert witnesses on November 25, 2024.
22. Defendant served its initial designation of expert witnesses on November 25, 2024.
23. Plaintiff served his designation of rebuttal expert witnesses on December 23, 2024.
24. Defendant served its designation of rebuttal expert witnesses on December 26, 2024.

308863822v.1

25. Defendant deposed Plaintiff on February 7, 2025.

**B.    DISCOVERY TO BE COMPLETED PURSUANT TO FED. R. CIV. P. 26(a):**

1. Plaintiff's deposition of Defendant's FRCP 30(b)(6) witness, currently scheduled for March 3, 2025.

3. Defendant's depositions of Plaintiff's two expert witnesses, Dr. Fish and Scott DeFoe.

**C.    REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN DEADLINES SET FORTH IN SCHEDULING ORDER**

Under the controlling scheduling order [ECF NO. 39], discovery closes on March 3, 2025, with instructions from the court that no further extensions will be granted. The parties would not be seeking this extension, contradictory to court order, if there was not a good faith basis and were not exigent circumstances that they believed the court would consider.

Since the previous request to extend deadlines was granted on January 14, 2025, Plaintiff's deposition has been taken and the parties have worked together to schedule and take the remaining three (3) depositions in this matter. Defendant's FRCP 30(b)(6) witness deposition is presently scheduled for March 3, 2025. Unfortunately, due to unforeseen health issues of Defendants designated FRCP 30(b)(6) witness, which Defense counsel was made aware of on February 25, 2025, Defendant has requested that Plaintiff reschedule this deposition to a proposed date the week of March 10, 2025. Defendant previously scheduled the depositions of Plaintiff's two expert witnesses on February 28, 2025. However, neither expert is available on that date, and Plaintiff's counsel sent over alternative dates of March 12, 2025, for Scott DeFoe, and April 2, 2025, for Dr. Fish. The additional time requested in this special scheduling review would provide the necessary amount of time to complete discovery in this matter. The parties therefore stipulate and propose a 30-day extension of the current deadlines, as follows:

///

///

///

///

///

///

D. **PROPOSED SCHEDULE**

| Activity: | Current Deadline: | Proposed Deadline: |
|---|---|---|
| Last Day to Amend Pleadings/ Add Parties | Closed | No Change |
| Initial Expert Disclosure | October 25, 2024 | No Change |
| Rebuttal Expert Disclosure | November 25, 2024 | No Change |
| Close of Discovery | March 3, 2025 | April 3, 2025 |
| Dispositive Motion Deadline | March 24, 2025 | April 24, 2025 |
| Pretrial Order (if no dispositive motions are filed) | April 24, 2024 | May 23, 2025 |

IT IS SO STIPULATED.

DATED this 26th day of February, 2025.    DATED this 26th day of February, 2025.

**CLOWARD TRIAL LAWYERS**    **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ Dillion G. Coil    /s/ Kimberly A. Nelson
Dillon G. Coil, Esq.    Larry H. Lum, Esq.
Nevada Bar No. 11541    Nevada Bar No. 14914
Riley A. Clayton, esq.    Karen L. Bashor, Esq.
Nevada Bar No. 5260    Nevada Bar No. 11913
9950 W. Cheyenne Ave.    Chris J. Richardson, Esq.
Las Vegas, NV 89129    Nevada Bar No. 9166
*Attorneys for Plaintiff*    Kimberly A. Nelson, Esq.
    Nevada Bar No. 15295
    6689 Las Vegas Blvd. South, Suite 200
    Las Vegas, Nevada 89119
    *Attorneys for Defendant Nevada Property 1 LLC dba The Cosmopolitan of Las Vegas*

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

308863822v.1