1  D. Lee Roberts, Jr., Esq.
   Nevada Bar No. 8877
2  WEINBERG, WHEELER, HUDGINS,
     GUNN & DIAL, LLC
3  6385 South Rainbow Blvd., Suite 400
   Las Vegas, Nevada 89118
4  Telephone: (702) 938-3838
   Facsimile: (702) 938-3864

*Attorney for Defendant Nevada Property 1, LLC
d/b/a The Cosmopolitan of Las Vegas*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MICHAEL GIANNONE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC, a Nevada Limited Liability Company d/b/a THE COSMOPOLITAN OF LAS VEGAS; DOES 1-10, inclusive; and ROE ENTITIES 1-10, inclusive,<br><br>Defendants. | Case No.:    2:24-CV-00627-NJK<br><br>**STIPULATION AND ORDER REGARDING SUBSTITUTION OF COUNSEL** |

NEVADA PROPERTY 1 LLC, d/b/a THE COSMOPOLITAN OF LAS VEGAS, hereby consents to the substitution of the law firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC in the place and stead of WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, as its counsel of record in the above-entitled action.

Dated this 8th day of May, 2025.

By: */s/ Merielle Enriquez Banks (w/ permission)*
Nevada Property 1, LLC dba
The Cosmopolitan of Las Vegas

Merielle Enriquez Banks
(*Print Name*)

Executive Director – Liability Claims, Corporate Risk Management of MGM Resorts International

Page 1 of 3

1  WE HEREBY CONSENT to the substitution of the law firm of WEINBERG, WHEELER,
2 HUDGINS, GUNN & DIAL, LLC as counsel for NEVADA PROPERTY 1 LLC, d/b/a THE
3 COSMOPOLITAN OF LAS VEGAS, in the above-entitled action in our place and stead.

4  DATED this 8th day of May, 2025.

```
                                        /s/ Kimberly A. Nelson (w/ permission)
                                        Larry H. Lum, Esq.
                                        Karen L. Bashor, Esq.
                                        Chris J. Richardson, Esq.
                                        Kimberly A. Nelson, Esq.
                                        Wilson Elser Moskowitz Edelman & Dicker LLP
                                        6689 Las Vegas Blvd. South, Suite 200
                                        Las Vegas, NV 89119
```

13  WE HEREBY AGREE to be substituted in the place and stead of WILSON ELSER
14 MOSKOWITZ EDELMAN & DICKER LLP, in the above-entitled action as counsel of record for
15 NEVADA PROPERTY 1 LLC, d/b/a THE COSMOPOLITAN OF LAS VEGAS.

16  Dated this 8th day of May, 2025.

```
                                        /s/ D. Lee Roberts, Jr.
                                        D. Lee Roberts, Jr., Esq.
                                        WEINBERG, WHEELER, HUDGINS,
                                           GUNN & DIAL, LLC
                                        6385 South Rainbow Blvd., Suite 400
                                        Las Vegas, Nevada 89118
                                        Attorney for Defendant Nevada Property 1, LLC
                                        dba The Cosmopolitan of Las Vegas
```

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

DATED: May 9, 2025