# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOSEPH MICHAEL GIANNONE,

    Plaintiff(s),

v.

NEVADA PROPERTY 1, LLC,

    Defendant(s).

Case No. 2:24-cv-00627-NJK

**Order**

This case has moved past the dispositive motion phase and is primed to move toward trial. The parties are ordered to file, no later than May 16, 2025, a joint status report explaining whether a settlement conference would be a productive endeavor.[1]

IT IS SO ORDERED.

Dated: May 9, 2025

Nancy J. Koppe
United States Magistrate Judge

---

[1] Such settlement conference would not be held by the undersigned, but would be held by another magistrate judge <u>randomly</u> assigned to the case solely for that purpose.

1