DILLON G. COIL, ESQ.
Nevada Bar No. 11541
RILEY A. CLAYTON, ESQ.
Nevada Bar No. 5260
**CLOWARD TRIAL LAWYERS**
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
Phone: (702) 605-5000
Fax:  (702) 997-5000
E-mail: Dillon@TheFierceFirm.com
E-mail: Riley@TheFierceFirm.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH MICHAEL GIANNONE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA PROPERTY 1, LLC d/b/a THE COSMOPOLITAN OF LAS VEGAS, a Foreign Limited-Liability Company; DOES I through XX; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-00627 -NJK<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER TO EXTEND PRETRIAL ORDER DEADLINE (in compliance with Local Rule 26-3) (Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JOSEPH MICHAEL GIANNONE, by and through his counsel of record, Dillon G. Coil, Esq. and Riley A. Clayton, Esq., of Cloward Trial Lawyers, and Defendant, NEVADA PROPERTY 1, LLC d/b/a THE COSMOPOLITAN OF LAS VEGAS, by and through their attorneys of record, D. Lee Roberts, Jr., and Phillip N. Smith, Jr., Esq. of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, that the deadlines in the controlling stipulation and scheduling order [ECF NO. 50] be continued as follows:

**A.    DISCOVERY COMPLETED PURSUANT TO FED. R. CIV. P. 26(a):**

1. The parties participated in the Fed. R. Civ. P. 26(f) conference on May 22, 2024.

2. Plaintiff produced his initial Fed. R. Civ. P. 26(a) disclosures on June 18, 2024.

Page 1 of 4

3. Defendant produced its initial Fed. R. Civ. P. 26(a) disclosures on June 21, 2024.
4. Plaintiff produced his first supplemental Fed. R. Civ. P. 26(a) disclosures on August 20, 2024.
5. Plaintiff deposed Defendant's employee, Anthony Mora, on September 24, 2024.
6. Plaintiff deposed Defendant's employee, Daniel Quinlan, on September 24, 2024.
7. Plaintiff deposed Defendant's employee, Phillip Garcia, on September 25, 2024.
8. Defendant produced its first supplemental disclosure on September 27, 2024.
9. Defendant produced its second supplemental Fed. R. Civ. P. 26(a) disclosures on September 27, 2024.
10. Plaintiff deposed Defendant's employee, DeSean Johnson, on October 11, 2024.
11. Plaintiff deposed Defendant's employee, Christian Guerra, on October 11, 2024.
12. Plaintiff served written discovery to Defendant on October 14, 2024.
13. Defendant produced its third supplemental Fed. R. Civ. P. 26(a) disclosures on October 18, 2024.
14. Mediation was held with Hon. Trevor Atkin (Ret.) on October 23, 2024.
15. Defendant served its responses to Plaintiff's written discovery on November 20, 2024.
16. Defendant produced its fourth supplemental Fed. R. Civ. P. 26(a) disclosures on November 20, 2024.
17. Plaintiff deposed Defendant's employee, LaRon Sanders, on November 21, 2024.
18. Plaintiff served his initial designation of expert witnesses on November 25, 2024.
19. Plaintiff produced his second supplemental Fed. R. Civ. P. 26(a) disclosures on November 25, 2024.
20. Defendant served its initial designation of expert witnesses on November 25, 2024.
21. Defendant produced its fifth supplemental Fed. R. Civ. P. 26(a) disclosures on November 26, 2024.
22. Plaintiff deposed Defendant's employee, Matt Mikich, on December 13, 2024.
23. Plaintiff served his designation of rebuttal expert witnesses on December 23, 2024.

24. Plaintiff produced his third supplemental Fed. R. Civ. P. 26(a) disclosures on December 23, 2024.

25. Defendant served its designation of rebuttal expert witnesses on December 26, 2024.

26. Defendant deposed Plaintiff, Joseph Giannone, on February 7, 2025.

27. Plaintiff deposed Defendant's FRCP 30(b)(6) Designee, Matthew John Rice, on March 25, 2025.

28. Defendant produced its sixth supplemental Fed. R. Civ. P. 26(a) disclosures on April 3, 2025.

29. Plaintiff produced its fourth supplemental Fed. R. Civ. P. 26(a) disclosures on May 1, 2025.

**B.    DISCOVERY TO BE COMPLETED PURSUANT TO FED. R. CIV. P. 26(a):**

1. None.

**C.    REASONS WHY PRETRIAL ORDER CANNOT BE COMPLETED BY DEADLINE SET FORTH IN SCHEDULING ORDER**

Under the controlling Order [ECF NO. 50], the Joint Pretrial Order is due August 5, 2025.

Since the previous request to modify the scheduling order was granted in part, the parties have agreed to participate in and have scheduled a continued private mediation on September 10, 2025 with the Hon. David Jones (Ret.).

The additional time requested in this special scheduling review would provide a reasonable amount of time to move this case forward, including allowing time for new counsel to participate in mediation, meet and confer regarding the Pretrial Order, and prepare and file the same. The parties therefore stipulate to and propose a 60-day extension of the current Pretrial Order deadline, as follows:

**D.    PROPOSED SCHEDULE**

| Activity: | Current Deadline: | Proposed Deadline: |
|---|---|---|
| Last Day to Amend Pleadings/ Add Parties | Closed | No Change |
| Initial Expert Disclosure | Closed | No Change |
| Rebuttal Expert Disclosure | Closed | No Change |
| Close of Discovery | Closed | No Change |

| Dispositive Motion Deadline | Closed | No Change |
|---|---|---|
| Pretrial Order (if no dispositive motions are filed) | August 5, 2025 | October 3, 2025 |

**IT IS SO STIPULATED.**

DATED this 5th day of August, 2025.                    DATED this 5th day of August, 2025.

**CLOWARD TRIAL LAWYERS**                              **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Dillon G. Coil, Esq.*                             */s/ Phillip N. Smith, Jr.*
DILLON G. COIL, ESQ.                                   D. LEE ROBERTS, JR., ESQ.
Nevada Bar No. 11541                                   Nevada Bar No. 8877
RILEY A. CLAYTON, ESQ.                                 PHILLIP N. SMITH, JR., ESQ.
Nevada Bar No. 5260                                    Nevada Bar No. 10233
9950 W. Cheyenne Ave.                                  6385 South Rainbow Blvd., Suite 400
Las Vegas, NV 89129                                    Las Vegas, Nevada 89118
*Attorneys for Plaintiff*                              *Attorneys for Defendant Nevada Property 1 LLC dba The Cosmopolitan of Las Vegas*

In addition, a joint status report must be filed by September 17, 2025.

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE