# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Joseph Michael Giannone,<br><br>    Plaintiff(s),<br><br>v.<br><br>Nevada Property 1, LLC,<br><br>    Defendant(s). | Case No. 2:24-cv-00627-NJK<br><br>**Order**<br><br>[Docket No. 54] |

Pending before the Court is a joint status report requesting a 30-day extension to the deadline to file the joint proposed pretrial order. Docket No. 54. Moving forward, requests for relief must be sought in a stipulation or motion, *see* Local Rule 7-1(a), 7-2(a), not within a status report. As a one-time courtesy, however, the Court **EXTENDS** the deadline to file the joint proposed pretrial order to November 3, 2025.

IT IS SO ORDERED.

Dated: September 18, 2025

_____
Nancy J. Koppe
United States Magistrate Judge