

1  D. Lee Roberts, Jr., Esq.
   Nevada Bar No. 8877
2  *lroberts@wwhgd.com*
   Phillip N. Smith, Jr., Esq.
3  Nevada Bar No. 10233
   *psmithjr@wwhgd.com*
4  Eric W. Newman, Esq.
   Nevada Bar No. 16435
5  *enewman@wwhgd.com*
   WEINBERG, WHEELER, HUDGINS,
6    GUNN & DIAL, LLC
   6385 South Rainbow Blvd., Suite 400
7  Las Vegas, Nevada 89118
   Telephone: (702) 938-3838
8  Facsimile:  (702) 938-3864

9  *Attorneys for Defendant Nevada Property 1, LLC
   d/b/a The Cosmopolitan of Las Vegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| JOSEPH MICHAEL GIANNONE, individually, | Case No.: 2:24-CV-00627-NJK |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| NEVADA PROPERTY 1, LLC, a Nevada Limited Liability Company d/b/a THE COSMOPOLITAN OF LAS VEGAS; DOES 1-10, inclusive; and ROE ENTITIES 1-10, inclusive, | |
| Defendants. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Joseph Michael Giannone, and Defendant Nevada Property 1, LLC, by and through their respective attorneys of record, that the above-captioned action and any and all claims asserted by Plaintiff against Defendant in said-captioned action are hereby DISMISSED WITH PREJUDICE, each party to bear its own costs, attorney fees, and expenses.

**IT IS SO STIPULATED.**

DATED this 12th day of December, 2025.

**CLOWARD TRIAL LAWYERS**

*/s/ Dillon G. Coil (w/ permission)*
DILLON G. COIL, ESQ.
Nevada Bar No. 11541
RILEY A. CLAYTON, ESQ.
Nevada Bar No. 5260
9950 W. Cheyenne Ave.
Las Vegas, Nevada 89129
*Attorneys for Plaintiff*

DATED this 12th day of December, 2025.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ D. Lee Roberts, Jr.*
D. Lee Roberts, Jr., Esq.
Nevada Bar No. 8877
Phillip N. Smith, Jr., Esq.
Nevada Bar No. 10233
Eric W. Newman, Esq.
Nevada Bar No. 16435
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant Nevada Property 1 LLC dba The Cosmopolitan of Las Vegas*

*Giannone v Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas*
Case No. 2:24-CV-00627-NJK
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

## ORDER TO DISMISS WITH PREJUDICE

Pursuant to the Parties' Stipulation to Dismiss with Prejudice, any and all claims asserted by Plaintiff against Defendants in said action are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, attorney fees, and expenses. The Clerk's Office is **INSTRUCTED** to close this case.

**IT IS SO ORDERED.**

Dated: December 15, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

Respectfully Submitted by:

WEINBERG WHEELER HUDGINS
GUNN & DIAL LLC

*/s/ D. Lee Roberts, Jr.*
D. Lee Roberts, Jr., Esq.
Phillip N. Smith, Jr., Esq.
Eric W. Newman, Esq.
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant Nevada Property 1, LLC dba The Cosmopolitan of Las Vegas*